IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANIEL R. FORD,<br><br>Plaintiff,<br><br>vs.<br><br>A.N. DERINGER, INC., d/b/a DERINGER MEAT INSPECTION, a foreign corporation; and DOES 1-10,<br><br>Defendants. | CV-21-84-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Daniel P. Mallove, Esq., to appear *pro hac vice* in this case with Jeffrey G. Winter, Esq., designated as local counsel. The application of Mr. Mallove appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. Mallove to appear on its behalf (Doc. 2) is GRANTED, subject to the following conditions:

1.   Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Mallove must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Mallove not the law firm he works for.

**IT IS FURTHER ORDERED**:

Mr. Mallove must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 3rd day of August, 2021.

_____
John Johnston
United States Magistrate Judge